UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
   BOBBY A BUNDY  
   BETTY J BUNDY  

CASE NO: 04-34861  
(Chapter 13)

Debtors   JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004778**

| Ct / Tee Claim # | Address | Amount |
| --- | --- | --- |
| 0/ 0 | BOBBY A BUNDY & BETTY J BUNDY<br>12158 WELLINGTON AVE<br>MEDWAY, OH  45341 | 3.74 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com  

Dated: 3/10/2010

Certificate of Service                    04-34861

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BOBBY A BUNDY
BETTY J BUNDY
12158 WELLINGTON AVE
MEDWAY, OH  45341

JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH  45405

(12.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(10.1n)
GREEN TREE SERVICING LLC
BOX 6154
RAPID CITY, SD  57709

(11.1n)
NATIONAL CAPITOL MANAGEMENT LL
8245 TOURAMENT DRIVE
SUITE 230
MEMPHIS, TN  38125

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner                        bl